No. 97–7441.  BERNAL v. LYTLE, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 97–7457.  RAMEY v. GOBER, ACTING SECRETARY OF VETERANS AFFAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 97–7472.  VIOLETT v. KENTUCKY.  Sup. Ct. Ky.  Certiorari denied.

No. 97–7479.  STRABLE v. ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 97–7508.  GROSS v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS.  C. A. 1st Cir.  Certiorari denied.

No. 97–7509.  GODETT v. RENO, ATTORNEY GENERAL, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 97–7518.  ANDREWS v. MATESANZ, SUPERINTENDENT, BAY STATE CORRECTIONAL CENTER.  C. A. 1st Cir.  Certiorari denied.

No. 97–7519.  BREWER v. MARSHALL, SHERIFF, NORFOLK COUNTY, MASSACHUSETTS.  C. A. 1st Cir.  Certiorari denied.

No. 97–7529.  PAYNE v. INGLE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–7574.  MCDONALD v. MARYLAND.  Ct. App. Md.  Certiorari denied.

No. 97–7590.  SCHWARTZ v. EMHART GLASS MACHINERY, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–7594.  ADAMS v. DEPARTMENT OF THE NAVY.  C. A. Fed. Cir.  Certiorari denied.

No. 97–7633.  KELLEY v. MISSOURI.  Ct. App. Mo., Southern Dist.  Certiorari denied.

No. 97–7634.  JOHNSON v. ROE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.